UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | ) |
| Plaintiff, ) | Case No: 15-cv-6143 |
| v. ) | Judge: Hon. James B. Zagel |
| NAVISTAR INTERNATIONAL CORP., and NAVISTAR, INC., ) | Magistrate Judge: Hon. Susan E. Cox |
| Defendants. ) | |

# **UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

Plaintiff, United States of America, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in favor of the plaintiff on liability because there are no genuine issues of material fact and because plaintiff is entitled to judgment as a matter of law. In support, plaintiff submits a memorandum of law, and plaintiff's Local Rule 56.1 Statement of Material Facts herewith.

Respectfully Submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

Dated: May 13, 2016       */s/ Abigail E. Andre*
ABIGAIL E. ANDRE
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
(303) 844-1379
abigail.andre@usdoj.gov

DEANNA J. CHANG

1

Senior Counsel
Environmental Enforcement Section
U.S Department of Justice
805 SW Broadway, Suite 600
Portland, OR 97205
(503) 231-2128
deanna.chang@usdoj.gov

KEITH T. TASHIMA
Senior Attorney
SEAN CARMAN
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
PO Box 7611 Ben Franklin Station
Washington, DC 20001-7611
(202) 616-9643 (Tashima)
(202) 514-2746 (Carman)
keith.tashima@usdoj.gov
sean.carman@usdoj.gov

OF COUNSEL:

ED KULSCHINKSY
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Room 1142C, Mailcode 2242A
Washington, DC 20460
(202) 564-4133
kulschinsky.edward@epa.gov

## CERTIFICATE OF SERVICE

       I hereby certify that the above United States' Motion for Summary Judgment on Liability, Notice of Motion for Summary Judgment on Liability, United States' Memorandum in Support of Motion for Summary Judgment on Liability, and Exhibits were served on the following counsel of record via email this 13th day of May, 2016:

Cary Perlman
Lathan & Watkins
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
cary.perlman@lw.com


Laurence Levine
laurence.levine@lhlevine.com


                                                    */s/ Abigail E. Andre*
                                                    Abigail E. Andre