# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                          Plaintiff,

v.                                          Case No.: 1:15−cv−06143
                                                        Honorable Mary M. Rowland

Navistar Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 25, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on United States of America's agreed motion to stay [397]. The Government reported on the status of settlement. The court expressed concern about releasing the pretrial dates. The Government remains optimistic about approval of the proposed settlement. Parties are in the process of drafting the appropriate documents. For the reasons stated on the record, the Government's agreed motion to stay [397] is granted. The court vacates the bench trial set for 7/19/21 [385]. Final pretrial conference set for 6/30/21 and all pretrial deadlines are stricken. [386]. Parties shall file a status report updating the court on the status of settlement including a proposed date to file a motion for consent decree by 6/30/21. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.