UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NAVISTAR, INC., ) <br> ) <br> Defendant. ) | Case No: 15-cv-6143 <br><br> Judge: Hon. Mary R. Rowland |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE PENDING SOLICITATION OF PUBLIC COMMENTS BY THE DEPARTMENT OF JUSTICE**

The United States of America, by the authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the United States Environmental Protection Agency, respectfully lodges the attached proposed Consent Decree with this Court. All parties to this action have executed the proposed Consent Decree that would resolve the claims against defendant Navistar, Inc.

The Court should not sign the Consent Decree at this time. Instead, the proposed Consent Decree should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with the policy of the Department of Justice, 28 C.F.R. Part 50.7. The Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The Notice will solicit public comment for a period of at least 30 days. During the comment period, no action is required by this Court.

For Plaintiff, the United States of America,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

 /s/Michael J. Zoeller
MICHAEL J. ZOELLER
RICHARD GLADSTEIN
Senior Counsel
PETER KRZYWICKI
LILA JONES
Trial Attorneys
Environmental Enforcement Section
U.S. Department of Justice
PO Box 7611 Ben Franklin Station
Washington, DC 20001-7611
(202) 305-1478 (Zoeller)
(202) 514-1711 (Gladstein)
(202) 305-4903 (Krzywicki)
(202) 514-9859 (Jones)
michael.zoeller@usdoj.gov
richard.gladstein@usdoj.gov
peter.krzywicki@usdoj.gov
lila.jones@usdoj.gov

OF COUNSEL:

EDWARD KULSCHINKSY
CHRISTINA COBB
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Room 1142C, Mailcode 2242A
Washington, DC 20460
(202) 564-4133 (Kulschinsky)
(202) 564-1798 (Cobb)
kulschinsky.edward@epa.gov
cobb.christina@epa.gov